EXCELLENCE
INTEGRITY
TIMELINESS

THE BEAR FIRM

(212) 970-1099 NEW YORK
(202) 970-1199 WASHINGTON, D.C.
(212) 504-3234 FAX

45 ROCKEFELLER PLAZA | 20TH FLOOR | NEW YORK, N.Y. 10111
700 12TH STREET | 7TH FLOOR | WASHINGTON, D.C. 20005

April 19, 2025

Via Email (CronanNYSDChambers@nysd.uscourts.gov)

United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007
Attn.: Honorable John P. Cronan, United States District Court Judge

Re.:   *Shelley Tanner v. Klaus Obermeyer*, Case No.: 1:25-cv-2869 (JPC)
        Parties' Joint Request to Extend Defendant's Time to Respond to Complaint

Dear Judge Cronan:

I am counsel for the plaintiff, Shelley Tanner in the above-captioned action. I write to the Court to provide information about a recent medical emergency that has necessitated a medical leave of absence.

On March 31, 2025, I suffered a transient ischemic attack (commonly known as a "mini stroke" and TIA) requiring hospitalization. While hospitalized, I also contracted Covid-19. I am currently scheduled for a battery of neurological diagnostic tests to determine the cause of the TIA and also to prevent reoccurrence or the onset of a "major" stroke.

The parties are jointly requesting additional time for the defendant, Klaus Obermeyer, to answer or otherwise respond to the complaint to ensure that I have sufficient time to fully recover in the event motion practice or other circumstances requiring my attention to this matter arise.

Annexed to this letter is an executed [Proposed] Stipulation to Extend Time to Answer that the parties have agreed to, but, respectfully, I do not presume that the Court will accept or agree to such. Instead, I respectfully request that Your Honor consider the parties' request in light of my current medical leave of absence.

Thank you.

Respectfully submitted,

THE BEAR FIRM, P.C.

By: Albert J. Santoro
45 Rockefeller Plaza, 20th Floor
New York, N.Y. 10111
(212) 970-1099 (office telephone)
(917) 434-1099 (mobile telephone)
asantoro@bearfirm.law (email)

*Attorneys for Plaintiff Shelley Tanner*

Cc:  All counsel of record (via email)