**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SHELLEY TANNER,

                        Plaintiff,                    **ORDER**

          -against-                       **25-CV-2869 (JPC) (JW)**

KLAUS OBERMEYER,

                        Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court is in receipt of an email from the parties informing the Court of Plaintiff's intention to move to dismiss her case with prejudice. Given that email, the initial case management conference scheduled for September 3, 2025, at 10:30 AM is adjourned *sine die*.

      SO ORDERED.

DATED:   New York, New York
                September 2, 2025

                                                  *Jennifer E. Willis*
                                                JENNIFER E. WILLIS
                                                United States Magistrate Judge