UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Hon. John P. Cronan**

| | |
|---|---|
| SHELLEY TANNER,<br><br>Plaintiff,<br><br>v.<br><br>KLAUS OBERMEYER<br><br>Defendant. | Case No. 1:25-cv-2869(JCP) |

## MOTION TO DISMISS WITH PREJUDICE

Pursuant to Fed. R. Civ. Proc. Rule 41(a)(2), Plaintiff, Shelley Tanner, hereby moves for the Voluntary Dismissal of the above-captioned action **with prejudice** against Defendant, Klaus Obermeyer for the following reason: While the Plaintiff maintains the truth of her allegations, she desires to voluntarily dismiss the litigation with prejudice, put the events in her past, and move forward with her life.

Defendant OBJECTS to this Motion.

## CERTIFICATION OF CONFERRAL WITH OPPOSING COUNSEL

I, Albert J. Santoro, Esq., certify that I have conferred with Defendant Klaus Obermeyer's attorney Jonathan Davis, Esq. in a good faith effort to resolve the issues raised in the Plaintiff's Motion. At approximately 4:00 p.m. on August 27, 2025, I spoke with Mr. Davis over the telephone concerning the relief requested in the Plaintiff's Motion, and the same was discussed in

1

THE BEAR FIRM P.C. · 45 ROCKEFELLER CENTER · 20TH FL · N.Y. · N.Y. · 10111   SHELLEY TANNER VS. KLAUS OBERMEYER · Case No.: 1:25-cv-2869

2

multiple written communications between counsel but we were unable to agree to the language contained in the Motion.

Dated: New York, New York
September 2, 2025

Respectfully submitted,

THE BEAR FIRM, P.C.

_____
By: Albert J. Santoro, Esq.

45 Rockefeller Plaza, 20th Floor
New York, NY 10111
Telephone:    (212) 970-1099
Email:           asantoro@bearfirm.law

Attorneys for Plaintiff, Shelley Tanner

By September 10, 2025, Defendant shall file a letter with the Court explaining why the Court should not dismiss this case at Plaintiff's request.

SO ORDERED.
Date: September 3, 2025

_____
JOHN P. CRONAN
United States District Judge

2

THE BEAR FIRM P.C. · 45 ROCKEFELLER CENTER · 20TH FL · N.Y. · N.Y. · 10111    SHELLEY TANNER VS. KLAUS OBERMEYER · Case No.: 1:25-cv-2869