UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | | |
| SHELLEY TANNER, | : | Civil Action No. 25-cv-02869-JPC |
| | : | |
| Plaintiff, | : | **DEFENDANT'S RESPONSE** |
| | : | **TO PLAINTIFF'S MOTION** |
| v. | : | **TO VOLUNTARILY DISMISS** |
| | : | **THE COMPLAINT** |
| KLAUS OBERMEYER, | : | |
| | : | |
| Defendant. | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | | |

Defendant Klaus Obermeyer ("Obermeyer"), for his response to Plaintiff's motion to voluntarily dismiss the Complaint with prejudice, states as follows:

Defendant Obermeyer does not object to the voluntary dismissal of this action with prejudice, and has repeatedly made this point clear to Plaintiff's counsel. Defendant's objection was solely based on the form of the requested dismissal of the action.

Defendant's counsel offered to sign a stipulation of dismissal with prejudice, in accordance with Fed. R. Civ. P. 41(a)(1)(A)(2), and even provided a draft of the stipulation to Plaintiff's counsel. A stipulation is the proper procedure for Plaintiff to follow in voluntarily dismissing her action with prejudice, which action is ending before discovery is even underway.

Plaintiff's counsel refused to dismiss the action by consent stipulation and, instead, insisted on filing the motion now before this Court. The only reason that can be divined for Plaintiff's recalcitrance is that it offered her yet another opportunity to reiterate that she "maintains the truth of her allegations" in the Complaint, even though she is dropping the lawsuit without receiving payment of a penny or any other benefit from Defendant Obermeyer.

1

While the filing of a non-argumentative stipulation under Rule 41(a)(1)(A)(2) would have been the proper procedure for requesting dismissal of the action, Defendant, nevertheless, consents to the Court's granting of the motion and its dismissal of the action with prejudice.

Dated: September 4, 2025
      New York, New York

                                       JONATHAN D. DAVIS, P.C.

By: /s/ *Jonathan D. Davis*
     Jonathan D. Davis
     Colin J. Steelsmith
     David J. Russell
     1 Rockefeller Plaza, Suite 1712
     New York, New York 10020
     (212) 687-5464
     jdd@jddavispc.com
     cjs@jddavispc.com
     dcr@jddavispc.com

                - and -

     Gregory P. Korn
     Katherine T. Kleindienst
     Kinsella Holley Iser Kump Steinsapir LLP
     (Admitted *Pro Hac Vice*)
     11766 Wilshire Boulevard, Suite 750
     Los Angeles, California 90025
     (310) 566-9800
     GKorn@khiks.com
     KKleindienst@khiks.com

     *Co-Attorneys for Defendant Klaus Obermeyer*