UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Hon. John P. Cronan**

| | |
|---|---|
| SHELLEY TANNER,<br><br>Plaintiff,<br><br>v.<br><br>KLAUS OBERMEYER<br><br>Defendant. | Case No. 1:25-cv-2869(JCP) |

**ORDER**

Upon consideration of Plaintiff's Motion to Dismiss with Prejudice pursuant to Fed. R. Civ. Proc. Rule 41(a)(2), it is

**HEREBY ORDERED** that Plaintiff's Motion is **GRANTED.**

**SO ORDERED**

Date: September 5, 2025

_____
JOHN P. CRONAN
United States District Judge

The Clerk of Court is respectfully directed to close the case.